# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JANE DOE**, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:22-CV-03919 |
| | ) |
| v. | ) Judge Edmund A. Sargus, Jr. |
| | ) |
| **FAIRFIELD MEDICAL CENTER**, | ) Magistrate Judge Kimberly A. Jolson |
| | ) |
| Defendant. | ) |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court that this matter may now be dismissed with prejudice. Each party shall bear her or its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Rachel Sabo Friedmann* | */s/ Sarah K. Squillante* |
| Rachel Sabo Friedmann (0089226) | John M. Stephen, Trial Attorney (0022947) |
| Peter G. Friedmann (0089293) | Sarah K. Squillante (0096705) |
| The Friedmann Firm LLC | Porter, Wright, Morris & Arthur LLP |
| 3740 Ridge Mill Drive | 41 S. High Street, Suite 3000 |
| Hilliard, OH  43026 | Columbus, OH  43215 |
| Tel.: (614) 610-9757 | Tel.:  (614) 227-2000 |
| Email:  Rachel@TheFriedmannFirm.com | Fax:  (614) 227-2100 |
| Pete@TheFriedmannFirm.com | Email:  jstephen@porterwright.com |
| | ssquillante@porterwright.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

It is certified that the foregoing *Stipulated Notice of Dismissal with Prejudice* has been filed via the electronic filing system on this 8th day of March, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties registered to receive electronic notice, including:

>Rachel Sabo Friedmann
>The Friedmann Firm LLC
>3740 Ridge Mill Drive
>Hilliard, OH 43026
>Tel.: (614) 610-9757
>Email: Rachel@TheFriedmannFirm.com
>*Attorney for Plaintiff*

>/s/ Sarah K. Squillante
>An Attorney for Defendant

22055592v1